CHARLES NEUBRECH, Respondent, *v.* WILLIAM V. LAWRENCE, Appellant, Impleaded with Another.

*Neubrech* v. *Lawrence,* 101 App. Div. 609, affirmed.
(Argued October 10, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 10, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the foreclosure of a mechanic's lien.

*Joseph S. Wood* for appellant.

*Andrew F. Van Thun, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, HISCOCK and CHASE, JJ. Dissenting: EDWARD T. BARTLETT and HAIGHT, JJ. Absent: GRAY, J.

---

HENRY KREMER, Respondent, *v.* NEW YORK EDISON COMPANY, Appellant.

*Kremer* v. *New York Edison Co.,* 102 App. Div. 433, affirmed.
(Argued October 11, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through the negligence of defendant.

*H. Snowden Marshall* and *Frederick E. Fishel* for appellant.

*Stephen C. Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Absent: GRAY, J.